1

2

3

4

5

6

7

8           **IN THE UNITED STATES DISTRICT COURT**

9           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   DARREL SMITH,                              No. CIV S-06-2039-GEB-CMK-P

12              Plaintiff,

13        vs.                                    ORDER

14   L. PRINTZ, et al.,

15              Defendants.

16   _____/

17        To:    The California Department of Corrections and Rehabilitation
                 1515 S Street, Sacramento, California 95814:
18

19              Plaintiff, a state prisoner proceeding pro se and in forma pauperis, is obligated to

20   pay the full statutory filing fee for this action.  Plaintiff has been assessed an initial partial filing

21   fee of  $1.90 for this action pursuant to 28 U.S.C. § 1915(b)(1).  Upon payment of that initial

22   partial filing fee, plaintiff will be obligated to make monthly payments in the amount of twenty

23   percent of the preceding month's income credited to plaintiff's trust account.  The agency

24   referenced above is required to send to the Clerk of the Court the initial partial filing fee and

25   thereafter payments from plaintiff's prison trust account each time the amount in the account

26   exceeds $10.00, until the statutory filing fee of $350.00 is paid in full.  See 28 U.S.C.

1  § 1915(b)(2).

2  Good cause appearing therefor, IT IS HEREBY ORDERED that:

3  1.  The director of the agency referenced above, or a designee, shall collect

4  from plaintiff's prison trust account an initial partial filing fee in the amount of $1.90 and shall

5  forward the amount to the Clerk of the Court, such payment to be clearly identified by the name

6  and number assigned to this action;

7  2.  Thereafter, the director of the agency referenced above, or a designee,

8  shall collect from plaintiff's prison trust account the balance of the filing fee by collecting

9  monthly payments from plaintiff's prison trust account in an amount equal to twenty percent

10  (20%) of the preceding month's income credited to the prisoner's trust account and forwarding

11  payments to the Clerk of the Court each time the amount in the account exceeds $10.00 in

12  accordance with 28 U.S.C. § 1915(b)(2), such payments to be clearly identified by the name and

13  number assigned to this action;

14  3.  The Clerk of the Court is directed to serve a copy of this order and a copy

15  of plaintiff's signed in forma pauperis affidavit to the address shown above; and

16  4.  The Clerk of the Court is further directed to serve a copy of this order on

17  the Financial Department of the Court.

18

19  DATED:  October 11, 2006.

20

21  **CRAIG M. KELLISON**
22  UNITED STATES MAGISTRATE JUDGE

23

24

25

26