IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREL SMITH, | 2:06-cv-2039-GEB-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| L. PRINTZ, et al., | |
| Defendants. | |
| _____/ | |

       Plaintiff, a state prisoner proceeding pro se, brings this civil action apparently seeking to challenge a decision of the California Supreme Court in plaintiff's state court medical malpractice action.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

       On October 12, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days.  Plaintiff has not filed objections to the findings and recommendations.

       The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 12, 2006, are adopted in full;

2. This action is dismissed; and

3. The Clerk of the Court is directed to enter judgment and close this file.

Dated: October 31, 2006

GARLAND E. BURRELL, JR.
United States District Judge

2